# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAFAEL TORRES, <br><br> Defendant. | Case No. 19-cr-3475-WQH <br><br> **JUDGMENT AND ORDER TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-entitled case be DISMISSED without prejudice as to Defendant Rafael Torres.

IT IS SO ORDERED.

Dated: November 4, 2019

_____
Hon. William Q. Hayes
United States District Court